UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
EL SHADDAI CHRISTIAN CHURCH and
DANIELA GONZALES,

                Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,

                Defendants.
------------------------------------------------------------ x

**ECF CASE**

07 Civ. 11603 (SAS)

NOTICE OF APPEARANCE

TO:    Clerk of Court
          United States District Court
          Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
          January 2, 2008

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney for the
                            Southern District of New York

                 By:   /s/
                       F. JAMES LOPREST, JR.
                       Special Assistant United States Attorney
                       86 Chambers Street, 3rd Floor
                       New York, New York 10007
                       Telephone: (212) 637-2728
                       Facsimile: (212) 637-2786
                       Email: james.loprest@usdoj.gov

TO:    Douglas Rosenthal, Esq.
          The Rosenthal Law Firm, P. C.
          350 Broadway, Suite 214
          New York, NY 10013