

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 4th Floor
New York, New York 10007

February 11, 2008

BY HAND

Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

> El Shaddai Christian Church v. U.S. DHS
> 07 Civ. 11603 (SAS)

Dear Judge Scheindlin:

    I am writing respectfully to request an adjournment, to a date and time convenient to the Court, of the initial pretrial conference in the above-referenced civil action that is scheduled for next Thursday, February 14, 2008, because I plan to be out of the Office for medical reasons on the date of the conference. I further respectfully request that Court refrain from adjourning the conference to the following Thursday, February 21, 2008, when I will be out of the Office attending a conference. For the Court's convenience, I have enclosed a courtesy copy of the Government's answer to the complaint in this action, which is being filed today.

    Counsel for plaintiffs, Douglas U. Rosenthal, Esq., has graciously consented to this adjournment request. I thank the Court for its consideration of the requests.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____

F. JAMES LOPREST, JR.
Special Assistant United States Attorney
Tel. No.: (212) 637-2728

cc: BY TELEFACSIMILE (w/o enc.)
AND FIRST CLASS MAIL (w/enc.)

Douglas U. Rosenthal, Esq.
350 Broadway, Suite 214
New York, NY 10013

*Defendant's request is granted. The conference previously scheduled for Feb. 14, 2008 is adjourned to Feb. 22, 2008, at 4:30 p.m.*

Date: Feb. 13, 2008

SO ORDERED:

Shira A. Scheindlin, USDJ