UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EL SHADDAI CHRISTIAN CHURCH,

                Plaintiff,

  -against-

U.S. DEP'T OF HOMELAND SECURITY,

                Defendant.
------------------------------------------------------------X

**ORDER**

07 Civ. 11603 (SAS)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/1/08]

**SHIRA A. SCHEINDLIN, U.S.D.J.**

The Clerk of the Court is directed to reinstate the above-captioned cases to my active docket. An initial conference has been scheduled for August 15, 2008 at 4:30 p.m. The parties are directed to consult my Individual Rules and bring a completed Scheduling Order to this conference.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
             August 4, 2008

## - Appearances -

**For Plaintiff:**

Douglas Rosenthal, Esq.
The Rosenthal Law Firm PC
350 Broadway, Suite 214
New York, NY 10013
(212) 625-8300

**For Defendant:**

James Loprest, Jr.
Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, NY 10007
(212) 637-2728