# THE ROSENTHAL LAW FIRM, PC
## ATTORNEYS AT LAW

350 BROADWAY, SUITE 214
NEW YORK, NY 10013
TEL: (212) 625-8300
FAX: (212) 625-8661

DOUGLAS U. ROSENTHAL

July 18, 2008

**BY HAND**
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Attention Judge Shira A. Scheindlin

      Re:    **REQUEST FOR CONTINUANCE**
                 EL SHADDAI CHRISTIAN CHURCH,
                 AND DANIELA GONZALEZ
                 UNITED STATES DEPARTMENT OF
                 HOMELAND SECURITY
                 Docket Number: 007 CV 11603 (SAS)

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 8/6/08]

Dear Judge Scheindlin:

      In connection with the above referenced matter which has been scheduled for an initial conference on ***August 15, 2008 at 4:30 pm***, Counsel is unfortunately unavailable to appear at that time on that date, as Counsel is a Sabbath observer and the lateness of the hour on Friday would make it difficult to reach home before sundown. Counsel is available in the AM on that day.

      I have left a message for my adversary regarding this requested adjournment which has not been previously requested.

      I pray for the Court's understanding, and appreciation the court's anticipated cooperation int his matter.

                                                     Very truly yours,
                                                    THE ROSENTHAL LAW FIRM, P.C.
                            By:     [signature]
                                           Douglas Rosenthal

DR:eb

cc:    F. JAMES LOPREST, JR. (*BY HAND*)
       Special Assistant United States Attorney
       86 Chambers Street, 4th Floor
       New York, New York 10007

[Handwritten note: conference moved to 12 noon on Aug 15, 2008. So ordered. /s/ [signature] 8/6/08]