MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, Room 410
New York, New York 10007
Tel. No.:  (212) 637-2728

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

EL SHADDAI CHRISTIAN CHURCH
and DANIELA GONZALEZ,                             :

                Plaintiffs,                    :        DECLARATION ANNEXING
                                     ADMINISTRATIVE RECORD

                - v. -                         :

                                       07 Civ. 11603 (SAS)

UNITED STATES DEPARTMENT                  :
OF HOMELAND SECURITY;
CITIZENSHIP AND IMMIGRATION SERVICE,  :
and ROBERT P. WIEMANN, CHIEF,
ADMINISTRATIVE APPEALS OFFICE,            :

                Defendants.                 :
-----------------------------------------------------------x

      F. JAMES LOPREST, JR., pursuant 28 U.S.C. § 1746, declares the following:

      1.      I am a Special Assistant United States Attorney in the Office of Michael J. Garcia,

United States Attorney for the Southern District of New York, counsel for defendants United States

Department of Homeland Security; United States Citizenship and Immigration Services ("CIS"); and

Robert P. Wiemann, Chief of the CIS's Administrative Appeals Office (collectively, "defendants"

or "Government"). I am assigned to the defense of the above-captioned matter, and I submit this

declaration in opposition to the complaint of plaintiffs El Shaddai Christian Church ("Church") and

Daniela Gonzalez ("Gonzalez") (collectively, "plaintiffs").

2.      Attached to this declaration as an exhibit is a true copy of the record of administrative

proceedings, as certified by the CIS on February 28, 2008 (and with page numbers inserted by this

Office for ease of reference), underlying the June 13, 2007 final decision of the CIS's Administrative

Appeals Office denying the Church's petition to classify Gonzalez as a special immigrant religious

worker for immigration visa purposes ("Form I-360 petition" or "religious worker petition"),

pursuant to §§ 101(a)(27)(C) and 203(b)(4) of the Immigration and Nationality Act of 1952, as

amended, 8 U.S.C. §§ 1101(a)(27)(C) & 1153(b)(4), and of the CIS's initiation of administrative

proceedings against Gonzalez, pursuant to INA § 237(a)(1)(B), 8 U.S.C. § 1227(a)(1)(B), for

overstaying the non-immigrant student visa under which she was admitted to the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:      August 21, 2008
            New York, New York

                                        F. JAMES LOPREST, JR.
                                        Special Assistant United States Attorney
                                        Southern District of New York
                                        86 Chambers Street, 4th Floor
                                        New York, New York 10007
                                        Tel. No.:  (212) 637-2728


TO:    DOUGLAS U. ROSENTHAL, ESQ.
       Attorney for Plaintiffs
       350 Broadway, Suite 214
       New York, NY  10013


- 2 -